THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA JO HARKNESS,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>              Defendant. | CASE NO. C13-1315-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No.16), to which Plaintiff has not objected. Having thoroughly considered the parties' briefing, the relevant record, and Judge Theiler's Report and Recommendation, the Court hereby ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation in full;

(2) The Court AFFIRMS the decision of the Commissioner;

(3) The Clerk is respectfully directed to send copies of this Order to all counsel and to Judge Theiler.

//
//
//
//

ORDER
PAGE - 1

1    DATED this 5th day of March 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE